**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Dennis A. Dolan          **BK NO. 20-03042 RNO**
                  Debtor(s)

**Chapter 7**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2018-1, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

                      Respectfully submitted,

                      /s/ *Rebecca Solarz*
                      Rebecca Solarz
                      06 Jan 2021, 08:39:42, EST

                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      215-627-1322