United States Bankruptcy Court

Middle District of Pennsylvania

In re:                        Case No. 20-03042-RNO

Dennis A. Dolan                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis A. Dolan, 602 Gilbert Street, Scranton, PA 18508-1630 |
| cr | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5366757 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5366164 | | Aspire Visa, PO Box 105555, Atlanta, GA 30348-5555 |
| 5366169 | | Continental Finance, PO Box 30311, Tampa, FL 33630-3311 |
| 5366172 | | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 5366174 | | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 5366175 | | Fortiva Credit Card, Payment Processing, PO Box 790156, Saint Louis, MO 63179-0156 |
| 5366176 | | Genesis FS Card Services, PO Box 84059, Columbus, GA 31908-4059 |
| 5366177 | | Harley-Davidson Credit Corp, Dept. 15129, Palatine, IL 60055-5129 |
| 5366179 | + | Mariner Finance, 765 Kidder Street, Wilkes Barre, PA 18702-6910 |
| 5366183 | | Walmart, PO Box 537927, Atlanta, GA 30353-0927 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 08 2021 23:53:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Feb 08 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366162 | | EDI: GMACFS.COM | Feb 08 2021 23:53:00 | Ally Financial, PO Box 78234, Phoenix, AZ 85062-8234 |
| 5366163 | | EDI: AMEREXPR.COM | Feb 08 2021 23:53:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5366165 | + | Email/Text: bk@avant.com | Feb 08 2021 19:06:00 | Avant, 222 N. LaSalle Street, Ste. 1700, Chicago, IL 60601-1101 |
| 5366166 | + | EDI: HFC.COM | Feb 08 2021 23:53:00 | Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5366167 | + | EDI: CAPITALONE.COM | Feb 08 2021 23:53:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5366168 | + | EDI: CITICORP.COM | Feb 08 2021 23:53:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5366170 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2021 19:15:44 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5366171 | | EDI: BLUESTEM | Feb 08 2021 23:53:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 5366173 | | EDI: AMINFOFP.COM | Feb 08 2021 23:53:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5366178 | | EDI: HY11.COM | Feb 08 2021 23:53:00 | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |

| 5366180 | + EDI: PHINGENESIS | | |
| | | Feb 08 2021 23:53:00 | Milestone Credit Card, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 5366181 | EDI: AGFINANCE.COM | | |
| | | Feb 08 2021 23:53:00 | OneMain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 5366182 | Email/Text: jennifer.chacon@spservicing.com | | |
| | | Feb 08 2021 19:06:00 | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 5366438 | + EDI: RMSC.COM | | |
| | | Feb 08 2021 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Mark J. Conway | on behalf of Debtor 1 Dennis A. Dolan info@mjconwaylaw.com  connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2018-1  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | **Dennis A. Dolan** | Social Security number or ITIN   xxx–xx–2497 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number:  5:20–bk–03042–RNO | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dennis A. Dolan

**By the court:**

_Robt N. Opel II_

2/8/21

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---